EXHIBIT 2

TITLES

# STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER |
|---|---|---|---|---|---|
| 3NSN4E92XLF797552 | 2020 | POLS | Z20 | AT | 16600027407 |

| NEW | USED | DEMO | PREVIOUS TITLE NO | PREV STATE | SALES OR USE TAX | CO | ODOMETER |
|---|---|---|---|---|---|---|---|
| X | | | MSO | MN | $2340.10 | 66 | |

DATE TITLE ISSUED    05-19-2020    REMARKS
DATE VEHICLE ACQUIRED    05-06-2020

**JOHN S HUFFMAN**
**2019 HORNSBY DR**
**FRANKLIN    TN 37064-3396**

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

FIRST LIEN RELEASED BY

 NOV 3 0 2020    Leaders Credit Union 

_____
SIGNATURE      RELEASE DATE
DATE OF FIRST SECURITY INTEREST   05-06-2020

FIRST LIENHOLDER CODE

**LEADERS CREDIT UNION**
**214 OIL WELL RD**
**JACKSON    TN 38305-7914**

3NSN4E92XLF797552      16600027407

32814878    3 2 8 1 4 8 7 8

RV-F1310101 REV 12/14

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK.

## STATE OF TENNESSEE

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

FEDERAL and STATE LAW requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment

## ASSIGNMENT OF TITLE BY REGISTERED OWNER

This is to be completed by the seller and delivered to the purchaser with the vehicle. Purchaser must make application for a new Certificate of Title with the County Clerk. The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address: (Record lien in space below)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
Odometer Reading (No Tenths)
☐ 1. I hereby certify that the mileage stated is in excess of the mechanical limits of the odometer.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

SIGNATURE AND ADDRESS OF SELLER(S)
SELLER(S) NAME (Hand Printed)     "I am aware of the above odometer certification made by the seller."
DATE OF SALE     SIGNATURE OF BUYER(S)
SALES PRICE     BUYER(S) NAME (Hand Printed)
Make, VIN, Value of trade-in

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF
NAME & ADDRESS

## FIRST RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address: (Record lien in space below)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
Odometer Reading (No Tenths)
☐ 1. I hereby certify that the mileage stated is in excess of the mechanical limits of the odometer.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

SIGNATURE AND ADDRESS OF SELLER(S)
SELLER(S) NAME (Hand Printed)     "I am aware of the above odometer certification made by the seller."
DATE OF SALE     SIGNATURE OF BUYER(S)
SALES PRICE     BUYER(S) NAME (Hand Printed)
Make, VIN, Value of trade-in
State Sales Tax     Local Option Tax

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF
NAME & ADDRESS

## SECOND RE-ASSIGNMENT BY LICENSED DEALER

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address: (Record lien in space below)

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
Odometer Reading (No Tenths)
☐ 1. I hereby certify that the mileage stated is in excess of the mechanical limits of the odometer.
☐ 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

SIGNATURE AND ADDRESS OF SELLER(S)
SELLER(S) NAME (Hand Printed)     "I am aware of the above odometer certification made by the seller."
DATE OF SALE     SIGNATURE OF BUYER(S)
SALES PRICE     BUYER(S) NAME (Hand Printed)
Make, VIN, Value of trade-in
State Sales Tax     Local Option Tax

LIENHOLDER TO BE RECORDED AND SHOWN ON NEW TITLE:
1ST LIEN IN FAVOR OF
NAME & ADDRESS

WHEN FULL, CONTINUE ON TITLE EXTENSION FORM.

VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER

3NSN4E924LF797529    2020   POLS   Z20   AT    **16600027105**

183241
223089709

DATE OF FIRST SECURITY INTEREST   04-29-2020

FIRST LIENHOLDER CODE

EVANSVILLE TEACHERS FCU
PO BOX 5129
EVANSVILLE   IN 47716-5129


Evansville Teachers
Federal Credit Union

FIRST LIEN RELEASED BY    DEC 0 4 2020

SIGNATURE      RELEASE DATE

EVANSVILLE TEACHERS FCU
PO BOX 5129
EVANSVILLE   IN 47716-5129

LF79752916600027105

**STATE OF TENNESSEE
DEPARTMENT OF REVENUE**

---

# STATE OF TENNESSEE

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE DOCUMENT. BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

## CERTIFICATE OF TITLE

VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL | BODY TYPE | TITLE NUMBER

**3NSN4E924LF797529**    2020   POLS   Z20   AT    16600027105

NEW   USED   DEMO    PREVIOUS TITLE NO    PREV STATE    SALES OR USE TAX    CO    ODOMETER

X           MSO      MN      $2138.25    66

DATE TITLE ISSUED    05-13-2020      REMARKS

DATE VEHICLE ACQUIRED    04-29-2020

**JOHN P THOMPSON**
**149 TIMBERLINE DR**
**FRANKLIN   TN 37069-7174**

SATISFACTORY PROOF OF OWNERSHIP HAVING BEEN
SUBMITTED UNDER TENNESSEE CODE ANNOTATED,
55-3-101, TITLE TO THE MOTOR VEHICLE DESCRIBED
ABOVE IS VESTED IN THE OWNER'S NAME HEREIN.
THIS OFFICIAL CERTIFICATE OF TITLE IS ISSUED
FOR SAID MOTOR VEHICLE.

Evansville Teachers
Federal Credit Union

FIRST LIEN RELEASED BY

    DEC 0 4 2020

SIGNATURE      RELEASE DATE

DATE OF FIRST SECURITY INTEREST   04-29-2020

FIRST LIENHOLDER CODE

**EVANSVILLE TEACHERS FCU**
**PO BOX 5129**
**EVANSVILLE     IN 47716-5129**

3NSN4E924LF797529      16600027105

32814577      3 2 8 1 4 5 7 7

RV P1310101 REV 12/14

THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO SEE THE MARK.

# STATE OF TENNESSEE

Case 3:22-cv-00895   Document 78-2   Filed 04/13/23   Page 4 of 4 PageID #: 2159