EXHIBIT 3

BILLS OF SALE

## VEHICLE BILL OF SALE

THIS BILL OF SALE is executed on **November 5, 2020**, by and between John P Thompson, residing at 149 Timberline Drive, Franklin, Tn. 37069, (hereinafter referred to as the "Seller") and Music City Ventures Inc, residing at 503 Ligon Drive, STE A, Nashville, Tn. 37204 (hereinafter referred to as the "Buyer").

FOR AND IN CONSIDERATION of a total purchase price of $32,738.60, receipt of which is hereby acknowledged by Seller, Seller hereby agrees to transfer to Buyer all rights of Seller in the following sports vehicle:

Make:   Polaris

Model: Z20N4E92AL

Year: 2020

Body Type: Razor

Vehicle Identification Number (VIN) 3NSN4E924LF797529

The form of payment used will be and sales tax is check for $32,738.60 of the sports vehicle.

The vehicle transfer shall take effect immediately upon execution of this Bill of Sale by both parties. Upon signing this Bill of Sale, the above-mentioned vehicle shall belong exclusively to the Buyer, and the Seller shall have no further responsibility for, liability towards or interest in, said vehicle.

The Seller hereby affirms that the above information about this vehicle is accurate to the best of his/her knowledge, and by his/her signature below certifies s/he is the lawful owner of the vehicle with the ability to sell it as s/he see fit.

IN WITNESS THEREOF, the parties executed this Bill of Sale on November 5, 2020

_____          _____
(Signature of Buyer)                                                   (Date)

_____          _____
(Signature of Seller)                                                   (Date)

# VEHICLE BILL OF SALE

**THIS BILL OF SALE** is executed on **November 5, 2020**, by and between John S Huffman, residing at 2019 Hornsby Drive, Franklin, Tn. 37069, (hereinafter referred to as the "Seller") and Music City Ventures Inc, residing at 503 Ligon Drive, STE A, Nashville, Tn. 37204 (hereinafter referred to as the "Buyer").

**FOR AND IN CONSIDERATION** of a total purchase price of $32,738.60, receipt of which is hereby acknowledged by Seller, Seller hereby agrees to transfer to Buyer all rights of Seller in the following sports vehicle:

Make: Polaris

Model: Z20N4E92AL

Year: 2020

Body Type: Razor

Vehicle Identification Number (VIN) 3NSN4E92XLF797552

The form of payment used will be and sales tax is check for $32,738.60 of the sports vehicle.

The vehicle transfer shall take effect immediately upon execution of this Bill of Sale by both parties. Upon signing this Bill of Sale, the above-mentioned vehicle shall belong exclusively to the Buyer, and the Seller shall have no further responsibility for, liability towards or interest in, said vehicle.

The Seller hereby affirms that the above information about this vehicle is accurate to the best of his/her knowledge, and by his/her signature below certifies s/he is the lawful owner of the vehicle with the ability to sell it as s/he see fit.

**IN WITNESS THEREOF**, the parties executed this Bill of Sale on **November 5, 2020**

_Music City Ventures, INC_  
(Signature of Buyer)

11/5/20  
(Date)

_[signature]_  
(Signature of Seller)

11/5/20  
(Date)