# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-00895 |
| | : | JUDGE RICHARDSON |
| v. | : | |
| | : | |
| ACRO SERVICES LLC, et.al, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING RECEIVER'S SECOND MOTION TO EXTEND RECEIVERSHIP TO AND THROUGH AUGUST 6, 2024

This matter is before the Court on the Receiver's *Second Motion to Extend Receivership and Status Report* (the "Motion to Extend") (ECF No. 115). Pursuant to Section IX(A) at Page 19 of the *Default Final Order For Permanent Injunction And Monetary Judgment As To Defendants Acro Services LLC, American Consumer Rights Organization, First Call Processing LLC, Music City Ventures, Inc., Nashville Tennessee Ventures, Inc., Reliance Solutions, LLC, Thacker & Associates Int'l LLC, And Consumer Protection Resources, LLC* (the "Default Judgment") (ECF No. 101), the Court directed that the term of the Receivership previously established by this Court be extended for a period of 180 days from the date of Default Judgment. The Court further directed in the Default Judgment that the term of the Receivership could be extended for "good cause" upon a motion of the

Receiver or any party in interest. Pursuant to this provision, the Receiver's term was scheduled to expire on February 6, 2024.

On February 1, 2024, the Receiver filed his *Motion to Extend Receivership and Status Report* (ECF No. 113) wherein the Receiver requested that the Receiver's term be extended to and through June 7, 2024. The Court entered an Order granting this Motion on February 4, 2024 (ECF No. 114) and extended the term of the Receivership to and through June 7, 2024.

In this Second Motion to Extend, the Receiver has stated that good cause exists to extend the Receivership and has requested to extend the Receivership to and through August 6, 2024.

The Plaintiff in this case, the Federal Trade Commission, does not oppose the relief sought in the Motion to Extend.

This Court has reviewed and considered the Motion to Extend and, for good cause shown, it is hereby:

**ORDERED** that the Motion to Extend is GRANTED; and it is further and finally

**ORDERED** that the term of the Receiver as established in Section IX(A) of the Default Judgment is hereby extended to and through August 6, 2024, provided,

however, that the Default Judgment remains otherwise unaltered and in full force and effect.

IT IS SO ORDERED this 5th day of June, 2024

*Eli Richardson*